Printed name and title

## Return

| | | |
|---|---|---|
| Case No.: 19-SW-6057 | Date and time warrant executed: 10/25/2019 7:39am | Copy of warrant and inventory left with: Inside residence on couch |

Inventory made in the presence of: TFO Shea Haney

Inventory of the property taken and name of any person(s) seized:

1. Suspected Methamphetamine – 29.2 grams
2. Possible Counterfeit Money – $50 US currency
3. Pink straw and Metal piece with Suspected Methamphetamine
4. Sawed off Shotgun
5. Suspected Methamphetamine – 30 grams
6. Suspected Methamphetamine – 55 grams
7. Voided Colorado Driver's license – Kyle Shneider
8. $23.00 U.S. Currency
9. Credit Card with white residue
10. Knife with white Residue
11. Oxi clean
12. Suspected Methamphetamine – 146 grams
13. Cut open Shotgun shells
14. Possible counterfeit money – $20 US. dollars
15. Possible counterfeit money – 10 pieces with little printing (illegible)
16. Suspected Methamphetamine – 36 grams
17. Hard Drive
18. Suspected Methamphetamine – 31.5 grams
19. Galaxy S5 cellular phone
20. Grenade
21. Galaxy S7
22. Plate with white Residue
23. Possible Counterfeit money – 16 pieces with minimal printing

items continue on page 2

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
12:12 pm, Nov 18, 2019
JEFFREY P. COLWELL, CLERK

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/4/19

Executing officer's signature

Scott Dahlstrom, Special Agent FBI
Printed name and title

Continued from page 1:  Page 2

24. Possible counterfeit money - $100 bill
25. Empty glock handgun case
26. LG and Samsung Cellular phones
27. Two scales with white residue
28. U.S. Currency - $83.00
29. Remington 410 shotgun shell
30. LG cellular phone
31. Gateway Computer
32. Four hard drives
33. Seagate portable drive
34. Drug paraphenalia
35. Motorola Cellular phone
36. Acer Tablet
37. Possible counterfeit Money - $1 million bill, other bills adding to $352
38. Coolpad Cellular phone and Apple iPod
39. LG Cellular phone
40. Possible Counterfeit money - $840.00 US. currency
41. LG and Vortex Cellular phones
42. Bill of Sale for Glock
43. Samsung Cellular phone
44. Foreign Currency - 1,000 Won The Bank of Korea
45. HP Laptop
46. Possible Counterfeit Money - $20 US. currency
47. Possible Counterfeit Money - $55 U.S. Currency
48. Two cut Colt 45 casings
49. Six one dollar bills - U.S. currency
50. Possible Counterfeit Money - $550 US. currency
51. Four thumb drives
52. Maxwest cellular telephone
53. Brass Knuckles
54. Possible Counterfeit Money - $10 US Currency
55. Shotgun Shell
56. ZTE cellular Phone